UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA PEASE, ON HIS OWN BEHALF
AND OTHERS SIMILARLY SITUATED,

    Plaintiffs,

-vs-                                        Case No. 6:07-cv-1011-Orl-28DAB

CHRISTOPHER PAUL KILEY,

    Defendant.
_____

## ORDER

This case is before the Court on the Motion to Approve Settlement (Doc. No. 19) filed October 26, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 31, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Approve Settlement is **GRANTED** and the settlement is approved.

3. This case is dismissed with prejudice and the Clerk is directed to close the file.

DONE and ORDERED in Chambers, Orlando, Florida this __2 6__ day of November, 2007.

                                                                          _____
                                                                          JOHN ANTOON II
                                                                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party